IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PHILLIP RANDELL STAPLES, <br><br> Plaintiff <br><br> VS. <br><br> CORPORAL C. MITCHELL, *et al.*, <br><br> Defendants | NO. 3:06-CV-50 (CDL) <br><br> **PROCEEDINGS UNDER 42 U.S.C. §1983** <br> **BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

On December 1, 2006, plaintiff PHILLIP RANDELL STAPLES filed a **MOTION TO COMPEL DISCOVERY**, which included in its text the statement that he had "sent several request[s]" for the documents he was seeking. Tab #19. On December 11, 2006, counsel for the defendants filed a response to the plaintiff's motion which disclosed that counsel for the defendants had never received any request — formally or informally — for the documents which are the subject of plaintiff's motion. Tab #23.

This court will not take any action on a **MOTION TO COMPEL DISCOVERY** unless the motion is accompanied by a showing of a good faith effort to obtain the requested information without the assistance of the court as required by Local Rule 37.[1] Since it appears that plaintiff Staples has not made a good faith effort to secure the documents he seeks *without* court assistance (as required by Local Rule 37), his **MOTION TO COMPEL DISCOVERY** (Tab #19) is DENIED.

SO ORDERED, this 13th day of DECEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 37 provides that "Motions to compel disclosure or discovery will not be considered unless they contain a statement certifying that movant has in good faith conferred or attempted to confer with the opposing party in an effort to secure the information without court action."