```
                  IN THE UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION
```

PHILLIP RANDELL STAPLES,           *

       Plaintiff          *

vs.                                *
                                                     CASE NO. 3:06-CV-50 (CDL)
CORPORAL C. MITCHELL, *et al.*     *

       Defendant          *

                                       *

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 27 2007, is hereby approved, adopted, and made the Order of the Court. As recommended, the defendant's Motion for Summary Judgment shall be treated as a Motion to Dismiss; therefore, this case is hereby **DISMISSED** *without prejudice*.

IT IS SO ORDERED, this <u>25th</u> day of <u>September</u>, 2007.

                                                     S/Clay D. Land
                                                     CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE